IN RE: APP WINDDOWN, LLC, ET AL.
CASE NO. 16-12551 (BLS)  ADV.NO.: 17-51609
ORANGE COUNTY SANITATION DISTRICT

# PROOF OF SERVICE

## STATE OF MINNESOTA, COUNTY OF DAKOTA

I am a resident of the County aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is

2600 Eagan Wood Drive, Suite 400, St. Paul, Minnesota 55121

On the date indicated immediately above my signature below, I served the foregoing documents described as:

1) COMPLAINT;
2) SUMMONS; and
3) NOTICE OF DISPUTE RESOLUTION ALTERNATIVES.

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

<u>Defendant</u> [**via Certified Mail 7016 0910 0000 3781 7884**]
Jim Herberg, Officer
Orange County Sanitation District
10844 Ellis Avenue
Fountain Valley, California  92708

☐ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☒ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on November 1, 2017.

*/s/ Jennifer Hepola*

Jennifer Hepola, Declarant
Laurie N.P. Miskowiec, Declarant
No: 2159205 Stat: - Answ: /*